AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**Nicolas Rafael Quintana Cartaya**

           Petitioner,

v.

**Michael Bernacke**, et al

           Respondents.

JUDGMENT IN A CIVIL CASE

Case Number **2:26-cv-00438-GMN-MDC**

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**JUDGMENT is entered in favor of the Petitioner and against the Respondents**

Date: <u>May 27, 2026</u>

DEBRA K. KEMPI
     Clerk



/s/ Wayne Julian
Deputy Clerk